PROB12A1

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## REPORT OF OFFENDER NON-COMPLIANCE

| | |
|---|---|
| **Offender Name:** | Daniel CONTRERAS-HERNANDEZ |
| **Docket Number:** | 1:04CR05263-01 OWW |
| **Offender Address:** | Rifle, Colorado |
| **Judicial Officer:** | Honorable Oliver W. Wanger<br>United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | 08/08/2001 (District of New Mexico) |
| **Original Offense:** | 21 USC 841(b)(1)(B), Possession With Intent to Distribute Methamphetamine<br>(CLASS B FELONY) |
| **Original Sentence:** | 44 months BOP, $100 special assessment, $100 special assessment, 4 years TSR |
| **Special Conditions:** | Substance abuse counseling and testing |
| **Type of Supervision:** | Supervised release |
| **Supervision Commenced:** | 05/10/2004 |
| **Assistant U.S. Attorney:** | Not appointed |
| **Defense Attorney:** | Not appointed |

**Other Court Action:**

**10/04/2004:**  Jurisdiction transferred from the District of New Mexico to the Eastern District of California.

**01/11/2006:**  The Court authorized the defendant's travel to Mexico for two weeks.

Rev. 04/2005
PROB12A1.MRG

**RE:   Daniel CONTRERAS-HERNANDEZ**
       **Docket Number:   1:04CR05263-01 OWW**
       <u>**REPORT OF OFFENDER NON-COMPLIANCE**</u>

## NON-COMPLIANCE SUMMARY

The purpose of this report is to advise the Court of an alleged violation of the terms of supervision.  The Probation Officer has developed a plan to dispose of the alleged non-compliance with action less than revocation, and the Court is requested to approve the plan to address the non-compliance.

**1.   FAILURE TO OBEY ALL LAWS**

**Details of alleged non-compliance:** On April 2, 2006, the defendant was arrested in Glenwood Springs, Colorado for Driving Under the Influence, Driving Under Suspension and License Plate Not Lighted.  A court hearing is scheduled for June 5, 2006.

It is noted, the defendant was originally supervised in the Eastern District of California and jurisdiction was received on October 4, 2004.  However, on November 15, 2004, supervision was transferred to the District of Colorado subsequent to the defendant's relocation to Rifle, Colorado.

**United States Probation Officer Plan/Justification:** According to the U.S. Probation Officer out of Colorado, aside from the recent arrest, the defendant has been relatively compliant.  He has employment paying $19.00 an hour and he has never tested positive for illicit drugs.  He did miss a few urine tests, so he has been required to continue with urine testing.

The probation officer's plan is to require the defendant to submit to periodic breathalyzer tests and participate in alcohol education classes.  Furthermore, the defendant will be

**RE:   Daniel CONTRERAS-HERNANDEZ**
      **Docket Number:   1:04CR05263-01 OWW**
      <u>**REPORT OF OFFENDER NON-COMPLIANCE**</u>

required to undergo an alcohol evaluation.  The probation officer is not requesting violation proceedings at this time.

Respectfully submitted,

/s/ Rick C. Louviere

**RICK C. LOUVIERE**
**Supervising United States Probation Officer**
Telephone: (661) 861-4422

**DATED:**     May 24, 2006
              Bakersfield, California

RE: Daniel CONTRERAS-HERNANDEZ
Docket Number: 1:04CR05263-01 OWW
<u>**REPORT OF OFFENDER NON-COMPLIANCE**</u>

---

**THE COURT ORDERS:**

( x ) The Court Approves Probation Officer's Plan, and Orders No Further Action Be Taken At This Time.

( ) Submit a Request for Modifying the Conditions or Term of Supervision.

( ) Submit a Request for Warrant or Summons.

( ) Other:

| | |
|---|---|
| May 26, 2006 | /s/ OLIVER W. WANGER |
| **Date** | **Signature of Judicial Officer** |

cc: United States Probation
    United States Attorney
    Assistant Federal Defender

Rev. 04/2005
PROB12A1.MRG