Prob 12B

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION WITH CONSENT OF THE OFFENDER

*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | DANIEL CONTRERAS-HERNANDEZ |
| **Docket Number:** | 1:04CR05263-01 OWW |
| **Offender Address:** | Rifle, Colorado |
| **Judicial Officer:** | Honorable Oliver W. Wanger<br>Senior United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | 08/08/2001 (District of New Mexico) |
| **Original Offense:** | 21 USC 841(b)(1)(B), Possession With Intent to Distribute Methamphetamine<br>(CLASS B FELONY) |
| **Original Sentence:** | 44 months BOP, $100 special assessment, 4 years TSR, mandatory drug testing |
| **Special Conditions:** | Substance abuse counseling and testing |
| **Type of Supervision:** | Supervised release |
| **Supervision Commenced:** | 05/10/2004 |
| **Assistant U.S. Attorney:** | Not appointed |
| **Defense Attorney:** | Not appointed |
| **Other Court Action:** | |
| <u>10/04/2004</u>: | Jurisdiction transferred from the District of New Mexico to the Eastern District of California. |
| <u>01/11/2006</u>: | The Court authorized the defendant's travel to Mexico for two weeks. |

**RE:    DANIEL CONTRERAS-HERNANDEZ**
**Docket Number: 1:04CR05263-01 OWW**
**PETITION TO MODIFY THE CONDITIONS OR TERM**
**OF SUPERVISION WITH CONSENT OF THE OFFENDER**

| | |
|---|---|
| <u>**05/24/2006**</u>: | The Court was advised of the defendant's arrest for Driving Under the Influence, Driving Under Suspension and License Plate Not Lighted. The recommendation was for no adverse court action, but the plan was to require the defendant to undergo an alcohol evaluation, attend alcohol education classes and submit to breathalyzer tests. The Court concurred with the plan. |

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

The defendant shall reside at a residential reentry center for a period up to 120 days, to commence as directed by the supervising probation officer, and shall observe the rules of that facility.

**Justification:**   The defendant is supervised by the probation office in the District of Colorado. According to his probation officer, on May 28, 2006, the defendant was arrested for Driving Under Restraint and Speeding. He is pending court proceedings. The defendant did not report this violation and, only after questioning, did he admit to the arrest.

As a result of the above arrest, the defendant's conditions have been reviewed with him and he was advised of the possible consequences should he continue to violate those conditions.

The probation officer requests that the Court modify his conditions of release to include placement in a residential reentry center for up to 120 days. The defendant has signed the Waiver of Hearing to Modify Conditions of Supervised Release, agreeing to the

proposed modification. If the defendant violates any condition in the future, this placement will be initiated.

**RE:    DANIEL CONTRERAS-HERNANDEZ**
**Docket Number: 1:04CR05263-01 OWW**
**PETITION TO MODIFY THE CONDITIONS OR TERM**
**OF SUPERVISION WITH CONSENT OF THE OFFENDER**

Respectfully submitted,

/s/ Rick C. Louviere

**RICK C. LOUVIERE**
**Supervising United States Probation Officer**
Telephone: (661) 861-4203

**DATED:**   July 26, 2006
            Bakersfield, California
            RCL

---

**THE COURT ORDERS:**

( X )   Modification approved as recommended.

(   )   Modification not approved at this time.  Probation Officer to contact Court.

(   )   Other:

IT IS SO ORDERED.

**Dated:   July 29, 2006**                          /s/ **Oliver W. Wanger**
emm0d6                                             UNITED STATES DISTRICT JUDGE